■ JULIUS ARM, Appellant, v. HELROSE LUNCHEONETTE CORP., Respondent. — In an action to recover damages for personal injuries sustained by plaintiff when a seat in defendant's luncheonette restaurant collapsed, the plaintiff appeals from an order of the Supreme Court, Queens County, entered January 5, 1962, which denied his motion for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ WILLIAM BERGER, Respondent, v. 2026 PACIFIC STREET, INC., Appellant. — In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Kings County, dated April 13, 1962, which denied its motion to strike the action from the calendar; permitted plaintiff, upon the completion of all pretrial procedures, to file a statement of readiness *nunc pro tunc* as of June, 1959; and allowed the action to remain on the Ready Day Calendar. Order affirmed, with $10 costs and disbursements. No opinion. The oral and physical examinations of the plaintiff before trial as directed in the order shall proceed on 10 days' written notice or on such other date as may be mutually fixed by the parties. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ EVELYN M. BERGMAN, Respondent, v. JACOB J. BERGMAN, Appellant.— In an action for a judicial separation, the defendant husband appeals from an order of the Supreme Court, Westchester County, dated April 26, 1962, made upon reargument, which granted plaintiff's motion for alimony *pendente lite* by directing defendant to make payments of $40 a week to plaintiff for her support and maintenance. Order affirmed, with $10 costs and disbursements (*Goldberg* v. *Goldberg*, 4 A D 2d 884). Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.